# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| WILLIAMS ROHLAND, | : | No. 57 MM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| LACKAWANNA COUNTY | : | |
| PENNSYLVANIA, STATE OF | : | |
| PENNSYLVANIA, LACKAWANNA | : | |
| DISTRICT ATTORNEY'S OFFICE, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 12th day of August, 2019, the Application for Leave to File Original Process is GRANTED, and the "(Writ of Mandamus) Command to Proceed" is DENIED.